UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY LOUIS ANDERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-2345 (JR) |
| ) | |
| ALBERTO GONZALES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petition is **DISMISSED** without prejudice. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


JAMES ROBERTSON
United States District Judge